7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Mamtek U.S., Inc.
*Debtor*

*Bankruptcy Case No.*
11–22092–drd7

**Bruce E. Strauss, Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–02009–drd

v.

**Bruce Cole**
**Nanette Cole**
**The Mamtek Group**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Plaintiff's Motion for Summary Judgment on Count I of the Amended Complaint to recover transfers from Defendants Bruce Cole and Nanette Cole in the aggregate amount of $904,167; AND Count III of the Amended Complaint against Defendant Bruce Cole for recovery of a preferential transfer in the amount of $360,000, is hereby Granted.



Ann Thompson
Court Executive

By: /s/ Beth Graham
    Deputy Clerk

Date of issuance: 8/29/13

Court to serve